**Order entered February 24, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01023-CV

**FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC.,**
**Appellants**

**V.**

**DONALD LEE JONES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06127**

### ORDER

Before the Court is appellee's third motion for extension of time to file his brief. The brief was due February 16th, and appellee explains the extension is necessary "due to the widespread power outage and loss of internet connection" resulting from the winter storms.

We **GRANT** the motion and **ORDER** the brief be filed no later than March 5, 2021.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE